**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**DANIEL LEE CINCOSKI**                                                                                   **PLAINTIFF**

**V.**                               **CASE NO. 5:22-CV-05022**

**SHERIFF TIM HELDER, Washington
County, Arkansas; PROBATION
OFFICER DIEUM NYUGEN; and
JOHN DOE, Medical Administrator,
Washington County Detention Center**                                       **DEFENDANTS**

**ORDER**

On February 16, 2022, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff Daniel Lee Cincoski's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") (Doc. 6).  Judge Comstock recommends that the Complaint be dismissed.  First, she found that the statute of limitations bars Mr. Cincoski's claim that he was physically tortured by Defendants while housed in the WCDC. Second, she found that his remaining claims were factually frivolous, clearly baseless, fantastic, and delusional..

In response to the R&R, Mr. Cincoski filed an Objection (Doc. 8) on March 8, 2022, which triggered the Court's *de novo* review of the case.  In the Objection, Mr. Cincoski summarizes the claims made in his Complaint and argues that the statute of limitations should not bar his claims because they are "ongoing."  The Objection contains neither law nor fact that would cause the Court to disagree with the well-reasoned recommendation of the magistrate judge.  Accordingly, the Objection is **OVERRULED**.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 6) is **ADOPTED IN ITS ENTIRETY**. For the reasons stated therein, the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**IT IS SO ORDERED** on this 9th day of March, 2022.

                                      */s/ Timothy L. Brooks*
                                      TIMOTHY L. BROOKS
                                      UNITED STATES DISTRICT JUDGE